# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-9192-GW(CWx) | Date | May 19, 2011 |
|---|---|---|---|
| Title | *Mauricio Chavez v. Nestle USA, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Wil Wilcox | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Hal D. Cunningham<br>Joseph P. Guglielmo | Dale J. Giali |

**PROCEEDINGS:** TELEPHONIC CONFERENCE RE DEFENDANT NESTLE USA, INC.'S MOTION TO DISMISS SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT (filed 03/02/11)


The tentative circulated on May 2, 2011 is adopted as the Court's final ruling. Defendant Nestle USA, Inc.'s Motion to Dismiss Second Amended Consolidated Class Action Complaint is **granted without leave to amend.** Counsel for defendant will prepare a proposed order and judgment forthwith.

|   | : | 04 |
|---|---|---|
| Initials of Preparer | JG | |