MAYER BROWN LLP
CARMINE R. ZARLENGA (*pro hac vice*)
czarlenga@mayerbrown.com
1999 K Street, N.W.
Washington, DC  20006-1101
Telephone:   (202) 263-3000
Facsimile:    (202) 263-3300

MAYER BROWN LLP
DALE J. GIALI  (SBN 150382)
dgiali@mayerbrown.com
350 South Grand Avenue
25th Floor
Los Angeles, CA  90071-1503
Telephone:   (213) 229-9500
Facsimile:    (213) 625-0248

Attorneys for Defendant
NESTLÉ USA, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| MAURICIO CHAVEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NESTLÉ USA, INC.,<br><br>Defendant. | Case No. CV 09-9192 GW (CWx)<br><br>Honorable George H. Wu<br><br>**DEFENDANT NESTLÉ USA, INC.'S NOTICE OF SUBMISSION OF:**<br><br>**1.  PROPOSED ORDER GRANTING MOTION TO DISMISS SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; AND**<br><br>**2.  JUDGMENT** |
| VINCENT BONSIGNORE, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NESTLÉ USA, INC.,<br><br>Defendant. | |

NOTICE OF LODGING PROPOSED ORDER AND JUDGMENT

1      TO THE COURT, CLERK OF THE COURT, PLAINTIFFS AND
2  PLAINTIFFS' COUNSEL OF RECORD:
3      PLEASE TAKE NOTICE that pursuant to the May 19, 2011 Order of the
4  Court, defendant Nestlé USA, Inc. hereby respectfully submits (1) a proposed
5  order granting Nestlé's motion to dismiss the second amended consolidated
6  complaint, attached as Exhibit A, and (2) a proposed judgment, attached as Exhibit
7  B.
8  DATED: May 24, 2011        MAYER BROWN LLP
9
10
11         By: _____ */s/ Dale J. Giali*_____
12            Dale J. Giali, Esq.
13         Attorneys for Defendant Nestlé USA, Inc.
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28