**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| MAURICIO CHAVEZ, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>NESTLÉ USA, INC., a Delaware corporation,<br><br>　　　　Defendant. | Case No. CV09-9192 GW (CWx)<br>Consolidated Action<br><br>Hon. George H. Wu<br><br>**ORDER GRANTING MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| VINCENT BONSIGNORE and ZANETTA TADDESSE-BONSIGNORE, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>NESTLÉ USA, INC., a Delaware corporation,<br><br>　　　　Defendant. | |

ORDER DISMISSING CASE WITH PREJUDICE　　　　　　　　　　　Case No. CV09-9192 GW (CWx)

**EXHIBIT A**

1  This matter having come before the Court on defendant Nestlé USA, Inc.'s March
2  2, 2011 motion to dismiss the second amended consolidated class action complaint
3  (Dkt. #80), and the Court having considered all papers filed in support of and in
4  opposition to the motion, as well as the argument of counsel at hearings held on May 2,
5  2011 and May 19, 2011, and for good cause shown, IT IS HEREBY ORDERED that
6  the motion to dismiss is GRANTED in its entirety, without leave to amend and with
7  prejudice. As specified in the Court's Civil Minutes dated May 19, 2011 (Dkt. #90), the
8  Court's written tentative ruling issued on May 2, 2011 (Dkt. #89) is adopted as the
9  Court's final ruling on the motion. Defendant is ordered to submit a proposed
10 judgment.

**IT IS SO ORDERED**.

DATED: _____, 2011

_____
Hon. George H. Wu
UNITED STATES DISTRICT JUDGE