1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| 12  MAURICIO CHAVEZ, individually and on behalf of all others similarly situated, ) | Case No. CV09-9192 GW (CWx) |
| 13 ) | Consolidated Action |
|            Plaintiffs, ) | |
| 14 ) | Hon. George H. Wu |
|     vs. ) | |
| 15 ) | **JUDGMENT** |
| 16  NESTLÉ USA, INC., a Delaware corporation, ) | |
| ) | |
| 17         Defendant. ) | |
| 18 ) | |
|   VINCENT BONSIGNORE and ) | |
| 19  ZANETTA TADDESSE-BONSIGNORE, ) | |
|   individually and on behalf of all others ) | |
| 20  similarly situated, ) | |
| ) | |
| 21         Plaintiffs, ) | |
| ) | |
| 22     vs. ) | |
| ) | |
| 23  NESTLÉ USA, INC., a Delaware ) | |
|    corporation, ) | |
| 24 ) | |
|          Defendant. ) | |
| 25 ) | |

26
27
28

---

JUDGMENT                                                                Case No. CV09-9192 GW (CWx)

**EXHIBIT B**

1  WHEREAS, the Court granted defendant Nestlé USA, Inc.'s motion to dismiss
2  the second amended consolidated complaint without leave to amend and with prejudice
3  by Order of this Court dated _____,
4  NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED and DECREED
5  that:
6      1.    This consolidated action is hereby DISMISSED WITH PREJUDICE;
7      2.    JUDGMENT IS ENTERED in favor of defendant Nestlé USA, Inc. and
8  against plaintiffs Mauricio Chavez, Vincent Bonsignore, and Zanetta
9  Taddesse-Bonsignore;
10     3.    Plaintiffs shall take nothing from defendant Nestlé USA, Inc. by way of
11 their second amended consolidated class action complaint; and
12     4.    Defendant Nestlé USA, Inc. shall be entitled to recover from plaintiffs its
13 costs of suit.
14 The Clerk is hereby directed to enter this Judgment forthwith in Case No. CV09-
15 9192 and in Case No. CV10-0119 and to give all parties notice of such entry.

18 DATED: _____, 2011

20                 Hon. George H. Wu
21            UNITED STATES DISTRICT JUDGE

-1-

**EXHIBIT B**

JUDGMENT