# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| MAURICIO CHAVEZ, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>NESTLÉ USA, INC., a Delaware corporation,<br><br>　　　　Defendant. | Case No. CV09-9192 GW (CWx)<br>Consolidated Action<br><br>Hon. George H. Wu<br><br>**ORDER GRANTING MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| VINCENT BONSIGNORE and ZANETTA TADDESSE-BONSIGNORE, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>NESTLÉ USA, INC., a Delaware corporation,<br><br>　　　　Defendant. | |

1     This matter having come before the Court on defendant Nestlé USA, Inc.'s March
2, 2011 motion to dismiss the second amended consolidated class action complaint
(Dkt. #80), and the Court having considered all papers filed in support of and in
opposition to the motion, as well as the argument of counsel at hearings held on May 2,
2011 and May 19, 2011, and for good cause shown, IT IS HEREBY ORDERED that
the motion to dismiss is GRANTED in its entirety, without leave to amend and with
prejudice. As specified in the Court's Civil Minutes dated May 19, 2011 (Dkt. #90), the
Court's written tentative ruling issued on May 2, 2011 (Dkt. #89) is adopted as the
Court's final ruling on the motion. Defendant is ordered to submit a proposed
judgment.

    **IT IS SO ORDERED**.

DATED: May 27, 2011

                                        Hon. George H. Wu
                             UNITED STATES DISTRICT JUDGE