SCOTT+SCOTT LLP
CHRISTOPHER M. BURKE (214799)
cburke@scott-scott.com
HAL D. CUNNINGHAM (243048)
hcunningham@scott-scott.com
6424 Santa Monica Blvd.
Los Angeles, CA 90038
Telephone: (213) 985-1274
Fax: (213) 985-1278

*Counsel for Plaintiffs*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MAURICIO CHAVEZ, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>NESTLÉ USA, INC.,<br><br>  Defendant. | Case No. CV09-9192 GW (CWx)<br><br>Judge George H. Wu<br><br>Magistrate Judge Carla Woehrle<br><br>**PLAINTIFFS' NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT (F.R.A.P. 12(b))** |
| VINCENT BONSIGNORE and ZANETTA TADDESSE-BONSIGNORE, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>NESTLÉ USA, INC.,<br><br>  Defendant. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Mauricio Chavez, Vincent Bonsignore and Zanetta Taddesse-Bonsignore hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Judgment and Order entered in this action on May 27, 2011, including the written tentative ruling issued on May 2, 2011 adopted as the Court's final ruling on Defendant Nestlé USA, Inc.'s Motion to Dismiss Plaintiff's Second Amended Consolidated Class Action Complaint.  A copy of the Judgment and the related Order dismissing this action are attached as Exhibits A and B, respectively.  A copy of the May 2, 2011 ruling is attached as Exhibit C.

### **CIRCUIT RULE 3-2 REPRESENTATION STATEMENT**

The Parties in this action are represented by the following counsel:

| Name | Party | Counsel |
|---|---|---|
| Mauricio Chavez, Vincent Bonsignore and Zanetta Taddesse-Bonsignore | Plaintiffs | Raymond P. Boucher<br>KIESEL BOUCHER LARSON, LLP<br>8648 Wilshire Boulevard<br>Beverly Hills, CA 90211-2910<br>Telephone:  (310) 854-4444<br>Fax:  (310) 854-0812<br>Email:  boucher@kbla.com<br><br>Christopher M. Burke<br>Hal D. Cunningham<br>SCOTT+SCOTT LLP<br>6424 Santa Monica Blvd<br>Los Angeles, CA 90038<br>Telephone:  (213) 985-1274<br>Fax:  (213) 985-1278<br>Email:  cburke@scott-scott.com<br>hcunningham@scott-scott.com |

| Name | Party | Counsel |
|---|---|---|
| | | Joseph P. Guglielmo<br>SCOTT+SCOTT LLP<br>500 Fifth Avenue, 40th Floor<br>New York, New York 10110<br>Telephone: (212) 223-6444<br>Fax: (212) 223-6334<br>Email: jguglielmo@scott-scott.com<br><br>Robert Foote<br>Matthew J. Herman<br>Craig Mielke<br>FOOTE, MEYERS, MIELKE & FLOWERS, LLC.<br>28 North First St., Suite 2<br>Geneva, IL 60134<br>Telephone: (630) 232-6333<br>Fax: (630) 845-8982<br>Email: rmf@foote-meyers.com<br>mherman@foote-meyers.com<br>cmielke@foote-meyers.com<br><br>Kathleen C. Chavez<br>CHAVEZ LAW FIRM P.C.<br>28 North First St., Suite 2<br>Geneva, IL 60134<br>Telephone: (630) 232-4480<br>Fax: (630) 845-8982<br>Email: gkeg4@aol.com<br><br>Peter L. Currie<br>THE LAW FIRM OF PETER L. CURRIE, P.C.<br>536 Wing Lane<br>St. Charles, IL 60174<br>Telephone: (630) 862-1130<br>Fax: (630) 845-8982<br>Email: plclaw05@aol.com |

| Name | Party | Counsel |
|---|---|---|
| | | Elizabeth A. Fegan<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>820 North Boulevard, Ste B<br>Oak Park, IL 60301<br>Telephone: (708) 776-5604<br>Fax: (708) 776-5601<br>Email: beth@hbsslaw.com<br><br>Eric D. Freed<br>Jeffrey A. Leon<br>FREED & WEISS LLC<br>111 West Washington St., Suite 1331<br>Chicago, IL 60602<br>Telephone: (312) 220-0000<br>Fax: (312) 220-7777<br>Email: eric@freedweiss.com<br>jeff@freedweiss.com |
| Nestlé USA, Inc. | Defendant | Carmine R. Zarlenga<br>MAYER BROWN LLP<br>1999 K Street, N.W.<br>Washington, DC 20006-1101<br>Telephone: (202) 263-3000<br>Fax: (202) 263-3300<br>Email: czarlenga@mayerbrown.com<br><br>Dale J. Giali<br>MAYER BROWN LLP<br>350 South Grand Avenue, 25th Floor<br>Los Angeles, CA 90071-1503<br>Telephone: (213) 229-9500<br>Fax: (213) 625-0248<br>Email: dgiali@mayerbrown.com |

| | | |
|---|---|---|
| 1 | Dated: June 23, 2011 | Respectfully submitted, |

s/ Fontaine Yuk
Raymond P. Boucher (115364)
Fontaine Yuk (267973)
KIESEL BOUCHER LARSON LLP
8648 Wilshire Boulevard
Beverly Hills, CA  90211
Telephone:  (310) 854-4444
Fax:  (310) 854-0812
Email: boucher@kbla.com
      fyuk@kbla.com

Hal D. Cunningham
SCOTT+SCOTT LLP
6424 Santa Monica Blvd
Los Angeles, CA 90038
Telephone:  (213) 985-1274
Fax:  (213) 985-1278
Email: hcunningham@scott-scott.com

PLAINTIFFS' NOTICE OF APPEAL AND REPRESENTATION STATEMENT
5

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 23, 2011.

s/ Fontaine Yuk
Fontaine Yuk (267973)
KIESEL BOUCHER LARSON LLP
8648 Wilshire Boulevard
Beverly Hills, CA  90211
Telephone:  (310) 854-4444
Fax:  (310) 854-0812
Email: fyuk@kbla.com